[No. 26041-1-III.   Division Three.   February 19, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMUEL DERRICK MARTIN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-1-00965-1, Michael P. Price, J., entered March 30, 2007. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Brown and Kulik, JJ.

[No. 35007-6-II.   Division Two.   February 20, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES WAYNE SIFERS, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 05-1-00274-8, Richard L. Brosey, J., entered June 16, 2006. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater, J.; Quinn-Brintnall, J., concurring separately.

[No. 35020-3-II.   Division Two.   February 20, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS E. SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 05-1-02047-2, Sally F. Olsen, J., entered May 26, 2006. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Bridgewater and Hunt, JJ.

[No. 35312-1-II.   Division Two.   February 20, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. GRANT WELLINGTON CHILDERS, SR., *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 05-1-00714-6, H. John Hall, J., entered August 28, 2006. *Affirmed* by unpublished opinion per Van Deren, A.C.J., concurred in by Armstrong and Quinn-Brintnall, JJ.